INTERNATIONAL SPOTLIGHT CORPO-
RATION v. CASCO PRODUCTS
CORPORATION.

No. 166, Docket 21151.

United States Court of Appeals
Second Circuit.

March 30, 1949.

Boardman, Stoddard & McCarthy and Edward J. McCarthy, all of Bridgeport, Conn., for appellant.

Goldstein & Peck, Arthur M. March, and Bernard S. Peck, all of Bridgeport, Conn., for appellee.

Before L. HAND, Chief Judge, and SWAN and FRANK, Circuit Judges.

FRANK, Circuit Judge.

We agree with the opinion of the district judge. Attempting to answer his reasoning, plaintiff in this court advanced an argument, apparently not made in the district court, to the effect that the words "for any cause" in the second sentence of Paragraph Twelfth of the contract limit the application of that sentence to a cancellation "for cause," i.e., by the plaintiff under

Paragraph Fourteen or by the defendant under Paragraph Nineteen. Considering the contract as a whole, we think such an interpretation unreasonably strained and that those words mean "for any reason pursuant to any provision of the contract."

Affirmed.